UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Marc Seawright                    ,

      Plaintiff(s),

   v.

Andrea R. Lucas                   ,

      Defendant(s).

Case No. 26-cv-03444 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Carolyn L. Wheeler , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Marc Seawright in the above-entitled action. My local co-counsel in this case is Rebecca Peterson-Fisher , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 255359 .

11 Dupont Cir. NW Ste. 600 Washington, DC 20036
MY ADDRESS OF RECORD

235 Montgomery St. Ste. 665 San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-299-1140
MY TELEPHONE # OF RECORD

415-813-3271
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Wheeler@katzbanks.com
MY EMAIL ADDRESS OF RECORD

Peterson-Fisher@katzbanks.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1028645 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2026

Carolyn L. Wheeler
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Carolyn L. Wheeler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 12, 2026

UNITED STATES MAGISTRATE JUDGE