CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-6748
    kenneth.kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SEAWRIGHT, | Case No. 3:26-cv-03444-TSH |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT,TO COMPLY WITH GENERAL ORDER 71 INITIAL DISCOVERY PROTOCOLS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION; [PROPOSED] ORDER** |
| v. | |
| ANDREA R. LUCAS, Chair, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Defendant. | |

The parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, on April 23, 2026, Plaintiff filed a Complaint under Title VII (42 U.S.C. §§ 20003, et seq.) in the above-entitled action (ECF No. 1);

WHEREAS, on May 7, 2026, Defendant was served with the Complaint, making Defendant's response to the complaint due on July 6, 2026;

WHEREAS, on June 18, 2026, the Court granted Plaintiff's motion for extension of time, re-setting the Case Management Conference on August 27, 2026, and a Case Management Statement due on August 20, 2026 (ECF No. 18);

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, TO COMPLY WITH GENERAL ORDER 71 INITIAL DISCOVERY PROTOCOLS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION    ;
No. 3:26-cv-03444-TSH    1

WHEREAS, on June 24, 2026, the parties spoke over the phone and agreed to extend the time within which Defendant must answer or otherwise respond to the Complaint to August 13, 2026;

WHEREAS, the parties further agreed that if Defendant files a responsive pleading to the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure (and not an Answer), Plaintiff shall have four weeks (to September 10, 2026) to file his Opposition to the Rule 12(b) motion and Defendant shall have two weeks (to September 24, 2026) to file his Reply;

WHEREAS, on July 2, 2026 the parties met and conferred and agreed that General Order 71 applies to this proceeding because it includes claims for retaliatory and discriminatory discharge;

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines provides that if General Order 71 applies, it supersedes certain obligations in the schedule, and General Order 71 provides that the Initial Discovery Protocols shall supersede the partes' obligations to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, the parties both anticipate needing more than 30 days to gather the documents and information required to be produced under the Initial Discovery Protocols; and

WHEREAS, the parties agree that the Initial Case Management Conference – currently scheduled for August 27, 2026 – would be better served if continued to October 29, 2026, in the interests of judicial economy;

NOW THEREFORE, the parties hereby STIPULATE and respectfully REQUEST that:

(1) Pursuant to Local Rule 6-1(a), the time within which Defendant shall answer or otherwise respond to the Complaint shall be extended to August 13, 2026. If Defendant files a responsive pleading to the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure (and not an Answer), Plaintiff shall have until September 10, 2026 to file his Opposition to the Rule 12(b) motion and Defendant shall have until September 24, 2026 to file his Reply.

(2) The deadline for initial disclosures, currently set for August 17, 2026, is vacated;

(3) The deadline for the parties to comply with the General Order 71 Initial Discovery Protocols shall be 60 days after the deadline for Defendant to file its responsive pleading, October 12,

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, TO COMPLY WITH GENERAL ORDER 71 INITIAL DISCOVERY PROTOCOLS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION                                       ;
No. 3:26-cv-03444-TSH                    2

2026;

(4) The Initial Case Management Conference – currently scheduled for August 27, 2026 – shall be continued to October 29, 2026; and

(5) The parties shall prepare and file a Joint Case Management Conference Statement no later than October 22, 2026.


DATED: July 6, 2026                           Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

                                              */s/ Kenneth J. Kao*
                                              KENNETH J. KAO
                                              Assistant United States Attorney

                                              Attorneys for Defendant

DATED: July 6, 2026                           KATZ BANKS KUMIN LLP

                                              */s/ Rebecca Peterson-Fisher*
                                              Rebecca Peterson-Fisher

                                              Attorneys for Plaintiff


**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: July 6, 2026          By:     */s/ Kenneth J. Kao*
                                      KENNETH J. KAO

## **DECLARATION OF KENNETH J. KAO**

I, Kenneth J. Kao, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Respond to Complaint, to Comply with General Order 71 Initial Discovery Protocols, and to Continue the Initial Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. Plaintiff filed his Complaint on April 23, 2026 (ECF No. 1).

3. On April 28, 2026, the Court set the initial case management schedule for this case, including an Initial Case Management Conference on July 23, 2026 with a Joint Case Management Statement to be due on July 16, 2026 (ECF No. 6).

4. Plaintiff's Complaint was subsequently served on the United States Attorney's Office on May 7, 2026, and therefore Defendant's responsive pleading deadline is currently due on July 6, 2026.

5. On June 18, 2026, the Court granted Plaintiff's motion for an extension of time (ECF No. 16) and continued the Initial Case Management Conference from July 23, 2026 to August 27, 2026 (ECF No. 18).

6. On June 24, 2026, I spoke with Plaintiff's counsel by telephone, and the parties agreed to allow Defendant additional time to respond to the Complaint with the understanding that if Defendant filed a Rule 12(b) motion instead of an Answer, Plaintiff will have four weeks to file his Opposition and Defendant will have two week from there to file his Reply.

7. On July 2 and 6, 2026, the parties met and conferred further via email and discussed the application of and compliance with Initial Discovery Protocols of General Order 71. For efficiency reasons the parties agreed to extend the time to comply with the Initial Discovery Protocols and, with the approval of the Court, to continue the Initial Case Management Conference to October 29, 2026.

8. The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 10, 19).

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, TO COMPLY WITH GENERAL ORDER 71 INITIAL DISCOVERY PROTOCOLS, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION                                    ;
No. 3:26-cv-03444-TSH                              4

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 6th day of July, 2026, in San Francisco, California.

/s/ Kenneth J. Kao
KENNETH J. KAO
Assistant United States Attorney

**[PROPOSED] ORDER**

1.      Defendant shall answer or otherwise respond to the Complaint by August 13, 2026. If Defendant files a responsive pleading to the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure (and not an Answer), Plaintiff shall have until September 10, 2026 to file his Opposition to the Rule 12(b) motion and Defendant shall have until September 24, 2026 to file his Reply;

2.      The deadline for initial disclosures, currently set for August 17, 2026, is vacated;

3.      The deadline for the parties to comply with the General Order 71 Initial Discovery Protocols shall be 60 days after the deadline for Defendant to file its responsive pleading – i.e., October 12, 2026;

4.      The Initial Case Management Conference – currently scheduled for August 27, 2026 – shall be continued to October 29, 2026; and

5.      The parties shall prepare and file a Joint Case Management Conference Statement no later than October 22, 2026.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 7, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge