CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SEAWRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA R. LUCAS, Chair, U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,,<br><br>Defendant. | Case No. 3:26-cv-03444-TSH<br><br>**JOINT STIPULATION TO EXTEND TIME TO COMPLY WITH GENERAL ORDER 71 INITIAL DISCOVERY PROTOCOLS AND FOR DEFENDANT TO FILE ANSWER; DECLARATION; ~~[PROPOSED]~~ ORDER** |

The parties, by and through their counsel, hereby stipulate as follows:

WHEREAS, on July 7, 2026, pursuant to the parties' Joint Stipulation, the Court ordered the parties, *inter alia*, to comply with the General Order 71 Initial Discovery Protocols ("GO-71") by October 12, 2026 (ECF No. 23);

WHEREAS, on October 2, 2026, the Court issued its Order Denying Motion to Dismiss and ordered Defendant to file an Answer to the Complaint by October 16, 2026 (ECF No. 30);

WHEREAS, on October 6, 2026, Defendant's counsel contacted Plaintiff's counsel to request an additional three weeks – from October 12, 2026, to November 2, 2026 – to comply with GO-71, as Defendant is still in the process of receiving Plaintiff's official Electronic Personnel File (EOPF) from a centralized government database;

WHEREAS, on October 6, 2026, Plaintiff's counsel contacted Defendant's counsel and agreed to the requested extension of time, to be applicable to both parties;

WHERAS, on October 8, 2026, Defendant's counsel contacted Plaintiff's counsel to also request an additional three weeks – from October 16, 2026, to November 6, 2026 – to file an Answer to the Complaint;

WHEREAS, on October 9, 2026, Plaintiff's counsel contacted Defendant's counsel and agreed to the requested extension of time for Defendant to file an Answer;

WHEREAS, this change extends the Court-ordered deadline of October 16, 2026 for Defendant to file an Answer but does not otherwise disturb the Case Management Conference set for November 19, 2026.

NOW THEREFORE, the parties hereby STIPULATE and respectfully REQUEST that:

1. The deadline for the parties to comply with the General Order 71 Initial Discovery Protocols shall be extended three weeks, from October 12, 2026, to November 2, 2026.
2. The deadline for Defendant to file an Answer to the Complaint shall be extended three weeks, from October 16, 2026, to November 6, 2026.

DATED: October 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

Attorneys for Defendant

DATED: October 9, 2026

KATZ BANKS KUMIN LLP

*/s/ Rachel Green*
Rachel Green

Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 9, 2026 By: */s/ Kenneth J. Kao*
KENNETH J. KAO

**DECLARATION OF KENNETH J. KAO**

I, Kenneth J. Kao, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Extend Time to Comply with General Order 71 Initial Discovery Protocols and for Defendant to File an Answer filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. On July 7, 2026, pursuant to the parties' Joint Stipulation, the Court ordered the parties, *inter alia*, to comply with the General Order 71 Initial Discovery Protocols ("GO-71") by October 12, 2026 (ECF No. 23).

3. On October 2, 2026, the Court issued its Order Denying Motion to Dismiss and ordered Defendant to file an Answer to the Complaint by October 16, 2026 (ECF No. 30).

4. On October 6, 2026, I emailed Plaintiff's counsel to request an additional three weeks – from October 12, 2026, to November 2, 2026 – to comply with GO-71, as Defendant is still in the process of receiving Plaintiff's official Electronic Personnel File (EOPF) from a centralized government database.

5. On October 6, 2026, Plaintiff's counsel Rachel Green replied to my email and agreed to the requested extension of time, to be applicable to both parties.

6. On October 8, 2026, I emailed Plaintiff's counsel to also request an additional three weeks – from October 16, 2026, to November 6, 2026 – to file an Answer to the Complaint.

7. On October 9, 2026, Plaintiff's counsel Rachel Green replied to my email and agreed to the requested extension of time for Defendant to file an Answer.

8. This change extends the Court-ordered deadline of October 16, 2026 for Defendant to file an Answer but does not otherwise disturb the Case Management Conference set for November 19, 2026.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 9th day of October 2026, in San Francisco, California.

/s/ *Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

The deadline for the parties to comply with the General Order 71 Initial Discovery Protocols shall be extended three weeks, from October 12, 2026, to November 2, 2026.

The deadline for Defendant to file an Answer to the Complaint shall be extended three weeks, from October 16, 2026, to November 6, 2026.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 13, 2026

THE HON. THOMAS S. HIXSON
United States Magistrate Judge